EMILE PONCHELET V. COMPAGNIE GENERALE TRANSATLANTIQUE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HOPWOOD PLAYS, INC., V. COLLIN KEMPER, as Surviving Partner of LINCOLN A. WAGENHALS and COLLIN KEMPER, Copartners, etc., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiff's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SAMUEL LYONS V. FERDINAND FLEISCHMAN, Impleaded with NATHAN LYONS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley JJ.

I. TANENBAUM SON & COMPANY V. BROOKLYN FURNITURE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of WILLIAM OGDEN GREEN and Others, as Surviving Trustees, etc., of ANDREW HASWELL GREEN, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of ROLIN PAYTON for an Order Directing the Issuance of a Citation and Judicial Settlement of the Accounts of ERROLL DUNBAR, as Committee of MARY HELENA DUNBAR, an Incompetent:— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE FRESNILLO COMPANY V. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EMPIRE TRUST COMPANY, as Trustee under a Mortgage or Deed of Trust dated May 1, 1925, made by KERMACOE REALTY Co., INC., and FANDEN REALTY CORPORATION V. KERMACOE REALTY Co., INC., and Others, Impleaded with 261 WEST 39TH STREET CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SARA GREENBAUM V. ISIDORE GREENBAUM.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MICHAEL J. LORNE, as Executor, etc., of ELIZABETH KILGANNON, Deceased, v. FRIEDA JACOB and Others, Impleaded with Others.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of IRENE L. SELIGMAN, as Sole Surviving Trustee of the Trust Created under the Last Will and Testament of KATIE LEVY, for the Benefit of ROBERT LEVY.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of GASPAR ARTES for an Order Directing